**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-2088

WARREN CORUM,

Plaintiff – Appellant,

v.

G. L. MENDOZA, Police Officer/Police Department,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Anthony John Trenga, District Judge.  (1:16-cv-00875-AJT-TCB)

Submitted:  November 17, 2016        Decided:  November 21, 2016

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Warren Corum, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Warren Corum appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice for failing to comply with the court's order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Corum v. Mendoza, No. 1:16-cv-00875-AJT-TCB (E.D. Va. Sept. 13, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED